JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE LEE,<br><br>PLAINTIFF(S)<br><br>v.<br><br>MIKE'S NOVELTIES, INC., et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>LA CV10-02225 JAK (JCx)<br><br>**JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S)** |

      This action came on for jury trial, the Honorable John A. Kronstadt, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict on December 20, 2011,

      IT IS ORDERED AND ADJUDGED that the plaintiff, Jake Lee recover from the defendant(s) the sum of  $40,000.00, with interest thereon at the legal rate as provided by the law.

Clerk, U. S. District Court

Dated: December 28, 2011

By    Andrea Keifer /s/
        Deputy Clerk

cc: *Counsel of record*