Anthony H. Handal (*Pro Hac Vice*)
**HANDAL & MOROFSKY, LLC**
501 Kings Highway East
Fairfield, CT 06825
Telephone:   (917)  880-0811
Email: handal@HandalGlobal.com

David M. Dushane (SBN 222421)
**LAW OFFICES OF DAVID M. DUSHANE**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone:   (310)  424-5117
Facsimile:   (310)  861-9008
Email: david@dushanelaw.com

Attorneys for Plaintiff
JAKE LEE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JAKE LEE, an individual | The Hon. John A. Kronstadt |
| Plaintiff, | CASE NO: 2:10-cv-02225-JAK-JCX |
| v. | **AMENDED JUDGMENT** |
| MIKE'S NOVELTIES, INC. d.b.a. MIKE'S WORLDWIDE IMPORTS, a Texas Corporation and MANISCH CHANDER, a.k.a. MIKE CHANDER, a.k.a. MANISCH CHANDRA, a.k.a MIKE CHANDRA, an individual, | Complaint Filed:   March 26, 2010<br>Trial Date:          December 13, 2011 |
| Defendants. | |

1
2
3

This action came on for jury trial, the Honorable John A. Kronstadt, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict on December 20, 2011.

4
5
6
7

On December 28, 2011, the Clerk of the Court entered a judgment thereon in favor of Plaintiff, Jake Lee against Defendants, Mikes Novelties, Inc. d.b.a. Mike's Worldwide Imports, a Texas corporation and Manisch Chander, a.k.a. Mike Chander, a.k.a. Manisch Chandra, a.k.a. Mike Chandra, an individual in the amount of $40,000. (Dkt. 170.)

8
9

Plaintiff Jake Lee thereafter filed a Motion for Attorney Fees (Dkt. 178) and a Motion for Enhanced Damages. (Dkt. 179.)

10
11

On May 22, 2012, the Court granted both motions, awarding damages of $70,000 and attorney's fees of $231,025. (Dkt. 197.)

12
13

On May 29, 2012, the Clerk of the Court taxed costs in favor of Plaintiff in the sum of $3,585.17. (Dkt. 199.)

14
15

Now therefore, IT IS ORDERED AND ADJUGED that Plaintiff Jake Lee recover from said Defendants the sum of $304,610.17 with interest thereon at the legal rate as provided by the law.

16
17
18   Dated: June 15, 2012                    _____
19                                            Hon. John A. Kronstadt
                                              United States District Judge