**FILED**

UNITED STATES COURT OF APPEALS

OCT 16 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAKE LEE, an individual,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>MIKE'S NOVELTIES, INC., a Texas Corporation, d/b/a Mike's Worldwide Imports and MANISCH CHANDER, an individual, a/k/a Mike Chander, a/k/a Manisch Chandra, a/k/a Mike Chandra,<br><br>    Defendants - Appellants. | No. 12-56153<br><br>D.C. No. 2:10-cv-02225-JAK-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: GOULD, CLIFTON, and BYBEE, Circuit Judges.

This court lacks jurisdiction over this appeal because it arises under United States patent laws and the Federal Circuit holds exclusive jurisdiction over appeals of the district court's final judgment in cases that "arise under" the patent laws. *See* 28 U.S.C. § 1295(a)(1). Accordingly, appellant's unopposed motion to transfer this appeal to the United States Court of Appeals for the Federal Circuit is granted.

The Clerk shall transfer the appeal to the United States Court of Appeals for the Federal Circuit.

AM/MOATT

Upon transfer of the appeal, the Clerk shall close this appeal.

**TRANSFERRED.**