UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAKE LEE, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MIKE'S NOVELTIES, INC. d.b.a. MIKE'S WORLDWIDE IMPORTS, a Texas Corporation; and MANISCH CHANDER, a.k.a. MIKE CHANDER, a.k.a. MANISCH CHANDRA, a.k.a. MIKE CHANDRA, an individual<br><br>　　　　Defendants | Case No.:  CV10-02225-JAK (JCx)<br><br>The Hon. John A. Kronstadt<br><br><br>**SECOND AMENDED JUDGMENT**<br><br><br>Complaint Filed:　March 26, 2010<br>Trial Date:　　　　December 13, 2011 |

1. This action came on for jury trial, the Honorable John A. Kronstadt, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict on December 20, 2011.

2. On December 28, 2011, the Clerk of the Court entered a judgment thereon in favor of Plaintiff, Jake Lee against Defendants, Mike Novelties, Inc. d.b.a. Mike's Worldwide Imports, a Texas corporation, and Manisch Chander, a.k.a. Mike Chander, a.k.a. Manisch Chandra, a.k.a. Mike Chandra, an individual in the amount of $40,000. (Dkt. 170).

3. Plaintiff Jake Lee thereafter filed a Motion for Attorney Fees (Dkt. 178) and a Motion for Enhanced Damages (Dkt. 179).

4. On May 22, 2012, the Court granted both motions, awarding Enhanced Damages of $70,000 and Attorney Fees of $231,025 (Dkt. 197).

5. On May 29, 2012, the Clerk of the Court taxed costs in favor of Plaintiff in the sum of $3,585.17 (Dkt. 199).

6. On June 18, 2012, the Court entered an Amended Judgment that Plaintiff recover from Defendants the sum of $304,610.17 with interest thereon on the legal rate as provided by the law. (Dkt. 201).

7. On June 20, 2012, Defendants filed a Notice of Appeal of the judgment, the denial of their Motion for Judgment as a Matter of Law, and the award of Enhanced Damages and Attorney Fees. (Dkt. 202).

8. On November 21, 2013, the Court of Appeals for the Federal Circuit affirmed the judgment with respect to the jury's award but reversed as to the Court's award of Enhanced Damages and remanded this action to this Court as to the award for Attorney Fees. (Dkt. 215).

9. On March 26, 2014, this Court denied Plaintiff's request for Attorney Fees. (Dkt. 217).

Now therefore, **IT IS ORDERED AND ADJUDGED** as follows:

The Amended Judgment for $304, 610.17 signed by the Honorable John A. Kronstadt, District Judge, on June 15, 2012 (Dkt. 201) is hereby vacated; and

Plaintiff Jake Lee shall recover from Defendants the sum of $43,585.17.

DATED: May 13, 2014   _____
Hon. John A. Kronstadt
United States District Judge